LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JASON ALAN**, | Case No. 2:16-cv-02404-MWF-SS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CAPITAL ONE, NATIONAL ASSOCIATION,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 23rd day of June, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

1  Filed electronically on this 23rd day of June, 2016, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5
6  Honorable Cormac J. Carney
   United States District Court
7  Central District of California

8  Hunter R Eley
9  Doll Amir and Eley LLP

10
11 Chelsea Lynn Diaz
   Doll Amir and Eley LLP

12
13 This 23rd day of June, 2016.

14 s/Todd M. Friedman
   Todd M. Friedman
15

16

17

18

19

20

21

22

23

24

25

26

27

28